**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000464**
**08-OCT-2021**
**10:33 AM**
**Dkt. 71 OCOR**

NO. CAAP-20-0000464

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, Plaintiff-Appellee, v.
RICHARD JOSE TORRES, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CRIMINAL NO. 1CPC-18-0001532)

ORDER OF CORRECTION
(By: Leonard, J.)

IT IS HEREBY ORDERED that the Opinion of the court,

filed on April 8, 2021, is hereby corrected as follows:

At page 12, line 11 from top, replace the word "Agslud"

with "Agsalud" so that the sentence and case name now reads as

follows:

> 756 (2017) (quoting Camara v. Agsalud, 67 Haw.
> 212, 215-16, 685

The clerk of the court is directed to incorporate the

foregoing change in the original opinion.

DATED: Honolulu, Hawaiʻi, October 8, 2021.

/s/ Katherine G. Leonard
Associate Judge